UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.  8:15-cr-45-T -17TGW

TROY A. LEWIS
a/k/a Alex Thomas

### FORFEITURE MONEY JUDGMENT

Pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States moves for entry of a forfeiture money judgment against defendant Troy A. Lewis in the amount of $151,722.00, representing the amount of proceeds he obtained as a result of the conspiracy to commit wire fraud and bank fraud as charged in Count One of the Indictment.

The defendant pleaded guilty and was adjudged guilty of the wire and bank fraud conspiracy, in violation of 18 U.S.C. 1349, as charged in Count One, and the court finds that the defendant obtained $151,722.00 in proceeds as a result of that offense.  Accordingly, the motion of the United States is GRANTED.

It is further **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure 32.2(b)(2), defendant Troy A. Lewis is liable to the United States of America for a forfeiture money judgment in the amount of $151,722.00, representing the amount of proceeds he obtained as a result of the conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. § 1349, for which he was adjudged guilty as charged in Count One.

*CASE NO. 8:15-CR-45-T-17TGW*

In accordance with Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 66, p. 6), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of any substitute assets the government is entitled to seek, under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), to satisfy the defendant's money judgment.

**ORDERED** in Tampa, Florida, on February _____ 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

2